**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>BAXTER INTERNATIONAL, INC.,<br><br>   Defendant. | C.A. No. 13-664-RGA<br><br>**JURY TRIAL DEMANDED** |
| RYDEX TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>CAREFUSION CORPORATION,<br><br>   Defendant. | C.A. No. 13-665-RGA |
| RYDEX TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>HAEMONETICS CORPORATION,<br><br>   Defendant. | C.A. No. 13-667-RGA |
| RYDEX TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>HOSPIRA, INC.,<br><br>   Defendant. | C.A. No. 13-668-RGA |

**SUPPLEMENTAL DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
RYDEX'S SURREPLY BRIEF REGARDIGN CLAIM CONSTRUCTION AND IN
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF
NONINFRINGEMENT**

1

I, Timothy Devlin, hereby declare under penalty of perjury that the following is true and correct:

1.  I am an attorney with the law firm of Devlin Law Firm LLC, 1220 N. Market Street, Suite 850, Wilmington, DE 19801.  I am licensed to practice in Delaware.  I represent the Plaintiff Rydex Technologies LLC ("Rydex") in the above matter.

2.  I make this Declaration in support of Rydex's Surreply Brief Regarding Claim Construction and in Opposition of Defendants' Motion for Summary Judgment of Noninfringement.

3.  Unless otherwise stated, I have personal knowledge of the statements herein and, if called to testify, I could and would testify competently to the truth of the statements herein.

4.  Attached hereto are true and correct copies of the following exhibits:

   Exhibit 28, U.S. Patent No. 5,112,298;

   Exhibit 29, U.S. Patent No. 6,953,455; and

   Exhibit 30, U.S. Patent No. 7,713,273.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 21, 2014           By: /s/ *Timothy Devlin*
                                    Timothy Devlin
                                    Rydex Technologies, LLC